**Ed G. Burd and Ora Knupp, appellants, v. Ida M. Sadler, appellee.**
Partition. Order of distribution, including allowance to appellee out of appellant's share. Appeal from the Circuit Court of Pulaski county; the Hon. A. L. Spiller, Judge, presiding. Heard in this court at the March term, 1927. Appeal dismissed. Opinion filed May 14, 1927.
Jos. O'Sullivan, for appellants. D. B. Reid, for appellee.
Mr. Justice Boggs delivered the opinion of the court.

---

**Annie Nugent, executrix, defendant in error, v. A. J. Francis et al. Martin Grosby, plaintiff in error.**
Writ to review deficiency judgment entered against defendant under foreclosure decree. Error to the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1927. Affirmed. Opinion filed May 14, 1927. Rehearing denied July 29, 1927.
Irwin Grossman, for plaintiff in error. McGlynn & McGlynn, for defendant in error.
Mr. Justice Higbee delivered the opinion of the court.

---

**Peter P. Schaefer, appellee, v. Frank Koch, appellant.**
Action for loss from failure of defendant to take goods bought. Judgment for plaintiff. Appeal from the Circuit Court of Clinton county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the March term, 1927. Affirmed. Opinion filed May 14, 1927.
Maurice B. Johnson, for appellant. W. J. Dolan, for appellee.
Mr. Justice Higbee delivered the opinion of the court.

---

**Manufacturers Finance Trust, appellant, v. Thomas F. Stone, appellee.**
Replevin. Judgment of damages for defendant and writ of *retorno habendo.* Appeal from the City Court of East St. Louis; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the March term, 1927. Reversed and remanded. Opinion filed May 14, 1927.
Stern & Burnett, for appellant. Beasley & Zulley, for appellee.
Mr. Justice Higbee delivered the opinion of the court.

---

**Samuel W. Baxter, administrator of the estate of George W. Derlam, deceased, plaintiff in error, v. East St. Louis & Suburban Railway Company, defendant in error.**
Action for wrongful death in collision of automobile with train. Judgment against plaintiff on directed verdict. Error to the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1927. Affirmed. Opinion filed June 11, 1927.
H. H. Patterson, for plaintiff in error. Farmer & Klingel, for defendant in error.
Mr. Justice Higbee delivered the opinion of the court.